**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1658**

MICHAEL EUGENE TANN,

                    Plaintiff – Appellant,

          v.

JUDGE PAUL W. GRIMM; KIM MCDERMOTT,

                    Defendants – Appellees,

          and

U.S. MARSHALL, (name unknown),

                    Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.  (1:14-cv-00926-WDQ)

Submitted:  November 20, 2014       Decided:  December 22, 2014

Before GREGORY and SHEDD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Eugene Tann, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Tann appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915A(b) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tann v. Grimm, No. 1:14-cv-00926-WDQ (D. Md. June 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED